UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:19-cv-22876-KMM

WINDY LUCIUS,

    Plaintiff,
vs.

ZV, NY, INC.,

    Defendant.
_____/

**NOTICE OF SETTLEMENT**

Plaintiff Windy Lucius ("Plaintiff") respectfully submits this Notice of Settlement, and informs the Court as follows:

1.    Plaintiff has reached an agreement with Defendant ZV NY, Inc. ("Defendant") to resolve the claims against it.

2.    The parties are in the process of finalizing a confidential settlement agreement and will be filing a Stipulation of Dismissal shortly.

Respectfully submitted,

*/s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
J. COURTNEY CUNNINGHAM, PLLC
FBN: 628166
8950 SW 74th Court, Suite 2201
Miami, FL 33156
T: 305-351-2014
cc@cunninghampllc.com

**CERTIFICATE OF SERVICE**

I ce1tify that on October 18, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ J. Courtney Cunningham*

2

J. Courtney Cunningham, Esq.